```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


Sabrina Bryson,              )
                             )
         Plaintiff(s)        )
                             )      CIVIL ACTION
VS.                          )      NO. 11-40052-FDS
                             )
Ute K. Taylor,               )
                             )
         Defendant(s)        )
```

**MEMORANDUM AND ORDER**

The claims asserted against the defendant, Ute K. Taylor is an action for malpractice, error, or mistake against a provider of health care within the meaning of that phrase in Mass. Gen. Laws Ch. 231, Section 60B. In accordance with <u>Feinstein</u> v. <u>Massachusetts General Hospital</u>, 643, F.2d 880 (1st Cir. 1981) and <u>Austin</u> v. <u>Boston University Hospital</u>, 372 Mass. 654, 660, 363 N.E.2d 515, 519 (1977), it is ORDERED:

Plaintiff's claim against defendants, are referred to the Superior Court of the Commonwealth of Massachusetts for hearing by a medical malpractice tribunal appointed by the Superior Court pursuant to Mass. Gen. Laws Ch. 231, Section 60B.

The Clerk of this Court is directed to furnish the Superior Court sitting in and for the County of Worcester with certified copies of the complaint, answer and this Order.

```
    4/7/11                          /s/ F. Dennis Saylor IV
    DATE                           UNITED STATES DISTRICT JUDGE
```