FILED
IN CLERKS OFFICE

2012 JAN 19 A 11: 49

U.S. DISTRICT COURT
DISTRICT

**Commonwealth of Massachusetts**
**County of Worcester**
**The Superior Court**

CIVIL DOCKET# **WOCV2011-00676**

Sabrina Bryson, Sabrina Bryson Administratrix,
Plaintiff(s)

vs

Milford Regional Medical Center Inc, Ute K Taylor RN, American Medical Response of Massachusetts Inc,
Defendant(s)



## REPORT OF THE MEDICAL MALPRACTICE TRIBUNAL

The medical Tribunal appointed in the above case conducted a hearing pursuant to G.L. c. 231, Sec. 60B on **01/10/2012** and upon its consideration of the pleadings and the hospital records and other documents which were presented, and the arguments of counsel, determines that upon evidence presented, if properly substantiated, there [is / is not] sufficient evidence to raise a legitimate question of liability appropriate for judicial inquiry.

Dated at Worcester, Massachusetts this 10th day of January, 2012

Justice of the Superior Court  _____

Legal Member:  _____

Medical Member:  _____ PATRICIA FALCAO, MD, MPH
Jan 10, 2012

cm

The claim(s) versus this defendant are vicarious in nature, therefore this report as to Milford Regional Med Center Inc was issued in error and is hereby vacated.
(See Rule 60(a)).

1/18/12

RICCIARDONE

cvcmalrep3_1.wpd 357498 malptri gingrasn

MASXP-20091228
gingrasn
01/18/2012
11:25 AM

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
Case Summary
Civil Docket

## WOCV2011-00676
### Bryson et al v Milford Regional Medical Center Inc et al

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **File Date** | 04/12/2011 | **Status** | Disposed: transfered to other court (dtrans) | | | | |
| **Status Date** | 01/11/2012 | **Session** | A - Civil A -Courtroom 20 | | | | |
| **Origin** | 91 - Transfer from another | **Case Type** | Z01 - Med malpractice hrg only (231,60B) | | | | |
| **Track** | X - Accelerated track | **Lead Case** | | | | **Jury Trial** | No |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | | | | | | |
| **Filed By** | 07/11/2011 | | | | | | | 04/06/2012 |
| **Heard By** | | | | | | | | |

### PARTIES

**Plaintiff**
Sabrina Bryson
20 Pine Street
Whitinsville, MA 01588
Active 04/12/2011

**Private Counsel 559245**
Abigail R Williams
Williams & Associates (Abigail R)
340 Main Street
Suite 330
Worcester, MA 01608
Phone: 508-795-1955
Fax: 508-795-1710
Active 04/12/2011 Notify

**Private Counsel 560996**
Ross A Annenberg
Williams & Associates (Abigail R)
340 Main Street
Suite 330
Worcester, MA 01608
Phone: 508-795-1955
Fax: 508-795-1710
Active 04/12/2011 Notify

**Plaintiff**
Sabrina Bryson Administratrix
20 Pine Street
Whitinsville, MA 01588
of Estate of Vaughn Adam Wilson Jr
Active 04/12/2011

**Private Counsel 559245**
Abigail R Williams
Williams & Associates (Abigail R)
340 Main Street
Suite 330
Worcester, MA 01608
Phone: 508-795-1955
Fax: 508-795-1710
Active 04/12/2011 Notify

**Private Counsel 560996**
Ross A Annenberg
Williams & Associates (Abigail R)
340 Main Street
Suite 330
Worcester, MA 01608
Phone: 508-795-1955
Fax: 508-795-1710
Active 04/12/2011 Notify

MASXP-20091228
gingrasn

**Commonwealth of Massachusetts**
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

01/18/2012
11:25 AM

## WOCV2011-00676
### Bryson et al v Milford Regional Medical Center Inc et al

| | |
|---|---|
| **Alias plaintiff name**<br>Vaughn Adam Wilson Jr Estate of<br>Active 04/12/2011 | |
| **Defendant**<br>Milford Regional Medical Center Inc<br>14 Prospect Street<br>Milford, MA 01757<br>Service pending 04/12/2011 | |
| **Defendant**<br>Ute K Taylor RN<br>14 Prospect Street<br>Milford, MA 01757<br>Answer indicated 04/12/2011 | **Private Counsel 567047**<br>John Faggiano<br>Hunter & Faggiano, P.C.<br>83 Atlantic Avenue<br>Boston, MA 02110<br>Phone: 617-371-1440<br>Fax: 617-371-1430<br>Active 04/12/2011 Notify<br><br>**Private Counsel 564173**<br>Jeffrey W Colman<br>Hunter & Faggiano, P.C.<br>83 Atlantic Ave<br>Boston, MA 02110<br>Phone: 617-371-1440<br>Fax: 617-371-1430<br>Active 04/12/2011 Notify |
| **Defendant**<br>American Medical Response of Massachusetts Inc<br>6200 S. Syracuse Way<br>Suite 200, MS600<br>Greenwood Village, CO 80111<br>84 State Street Boston, Massachusetts 02103<br>Service pending 04/12/2011 | **Private Counsel 063480**<br>Barbara Hayes Buell<br>Smith Duggan Buell & Rufo LLP<br>55 Old Bedford Road<br>Lincoln, MA 01773-1125<br>Phone: 617-228-4460<br>Fax: 781-259-1112<br>Active 04/20/2011 Notify |

| MASXP-20091228 | Commonwealth of Massachusetts | 01/18/2012 |
| --- | --- | --- |
| gingrasn | WORCESTER SUPERIOR COURT | 11:25 AM |
| | Case Summary | |
| | Civil Docket | |

## WOCV2011-00676
## Bryson et al v Milford Regional Medical Center Inc et al

| | |
| --- | --- |
| **Malprac trib attorney**<br>Paul Mullan<br>255 Park Ave<br>Worcester, MA 01609<br>Active 11/10/2011<br><br>**Malprac trib physician**<br>Patricia Falcao Blumefeld<br>19 Pine Street<br>Needham, MA 02492<br>Active 11/10/2011 | |

### ENTRIES

| Date | Paper | Text |
| --- | --- | --- |
| 04/12/2011 | 1.0 | Medical malpractice hearing only (231,60B); docket#11-40052-FDS pending in The United States District Court. |
| 04/12/2011 | | Origin 91, Type Z01, Track X. |
| 04/20/2011 | | Atty Barbara Hayes Buell's notice of appearance for American Medical Response of Massachusetts Inc |
| 06/20/2011 | 2.0 | Request for medical malpractice tribunal filed by Ute K Taylor RN |
| 08/03/2011 | 3.0 | Request for medical malpractice tribunal filed by Ute K Taylor RN |
| 11/10/2011 | 4.0 | ORDER for medical malpractice tribunal on December 6th. 2011 |
| 11/22/2011 | 5.0 | ORDER for medical malpractice tribunal on January 10,2012 |
| 12/22/2011 | 6.0 | Plaintiff files brief and offer of proof |
| 01/10/2012 | 7.0 | Medical malpractice tribunal report: as to Milford Regional Medical Center Inc that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ricciardone, D Justice) Copies mailed 1/11/2012 |
| 01/10/2012 | 8.0 | Medical malpractice tribunal report: as to Ute K Taylor RN that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ricciardone, D, Justice ) Copies mailed 1/11/2012 |
| 01/10/2012 | 9.0 | Medical malpractice tribunal report: as to American Medical Response of Massachusetts Inc that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ricciardne, D Justice ) Copies mailed 1/11/2012 |
| 01/10/2012 | | Notice sent to board of registration in medicine |
| 01/11/2012 | 10.0 | Papers retransferred to US District Court after completion of Medical Malpractice Tribunal. All papers mailed 1/11/2012 |
| 01/13/2012 | | Court received Notice: Paper Returned, signed and dated from the US District Court. |
| 01/18/2012 | | PAPER #7 - the claims versus this defendant are vicarious in nature therefore this report as to Milford Regional Medical center was issued in Error and is herby VACATED. ( see rule 60a) (D, Ricciardone |

## WOCV2011-00676
## Bryson et al v Milford Regional Medical Center Inc et al

| Date | Paper | Text |
|------|-------|------|
|      |       | )    |

### EVENTS

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 12/02/2011 | Civil A -Courtroom 20 | Status: Clerk Follow UP<br>check to see if tribunal scheduled | Event canceled not re-scheduled |
| 12/06/2011 | Civil A -Courtroom 20 | Malpractice tribunal | Event rescheduled by court prior to date |
| 01/10/2012 | Civil A -Courtroom 20 | Malpractice tribunal | Event moved to another session |
| 01/10/2012 | Civil B -Courtroom 19 | Malpractice tribunal | Event held as scheduled |
| 01/13/2012 | Civil A -Courtroom 20 | Status: Clerk Follow UP<br>if tribunal held - case to be disposed | Event canceled not re-scheduled |