UNITED STATES DISTRICT COURT
DISTRICT OF MASSSACHUSETTS

original
Entered
11/12/14
11:06 Am

| | |
|---|---|
| SABRINA BRYSON, Individually and As Administratrix of the Estate of VAUGHN ADAM WILSON, JR.<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC.<br><br>Defendants | Civil Action No. 4-11-cv-40052-TSH |

### Jury Verdict Form

1. Was the defendant American Medical Response of Massachusetts, Inc., negligent?

    YES _____  NO ___X___   8 in agreement

**If your answer is "yes" please answer Question # 2. If your answer is "no" please sign the verdict form and contact the court officer.**

2. Was such negligence a substantial factor in causing Vaughn Adam Wilson Jr., death?

    YES _____  NO _____

**If your answer is "yes" please answer Question # 3. If your answer is "no" please sign the verdict form and contact the court officer.**

3. Was the defendant grossly negligent?

    YES _____  NO _____

**If your answer is "yes" please go to Question # 4. If your answer is "no" please go to Question # 5.**

4.  Was any such gross negligence a substantial factor in causing (the decedent's) death?

    YES _____    NO _____

**If your answer is "yes" go to Questions # 5, 6 and 7. If your answer is "no" please go to Questions # 5 and 6.**

5.  What is the fair monetary value of decedent to each of the next of kin?

    A.  **SABRINA BRYSON**

        $ _____
        (AMOUNT IN FIGURES)

        $ _____
        (AMOUNT IN WORDS)

    B.  **VAUGHN ADAM WILSON, SR.**

        $ _____
        (AMOUNT IN FIGURES)

        $ _____
        (AMOUNT IN WORDS)

6.  What are the fair and reasonable medical expenses?

        $ _____
        (AMOUNT IN FIGURES)

        $ _____
        (AMOUNT IN WORDS)

7. What are the amounts of punitive damages for which you found defendant liable?

$ _____
(AMOUNT IN FIGURES) [Minimum $5,000.]

$ _____
(AMOUNT IN WORDS)

_____*Immi Cutroni*_____ FOREPERSON

DATED: __11/12/14__

*11:06 AM*

*TSH*

possible to see
Prescott Clark's Affidavit
on Wednesday morning?

Tom Cutroni
11/10/14
11/10/14
5:10 pm
ML

We would like to continue to work to a verdict for another 30 mins But we are unable to finish today

—Travis Curtin   11/10/14

11/10/14
4:55pm

We've come to a decision
all 8 in agreement

11/12/14
10:58
*[signature]* Jame Cutro

10:58 AM
11/12/14
*[signature]*