UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sabrina Bryson as Administratrix
of the estate of Vaughn Adam Wilson, Jr.,
           Plaintiff,

      v.                            CIVIL ACTION NO. 11-40052-TSH

American Medical Response of
Massachusetts, Inc.,
           Defendant,

## JUDGMENT IN A CIVIL CASE

HILLMAN, D.J.

X      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED: In accordance with the jury verdict on 11/12/14 that judgment be entered in favor of the defendant American Response of Massachusetts against the plaintiff Sabrina Bryson.**

                                        ROBERT FARRELL, CLERK

Dated:  11/12/14                         /S/ Martin Castles
                                          ( By )  Deputy Clerk